UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cr-00295-RJC-DCK

| USA, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| MELVIN BURNS (2), | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se requesting that the Court modify its sentence or recommend that the United States dismiss its Information under 21 U.S.C. § 851. (Doc. No. 170).

Although the defendant admits he is not eligible to benefit from retroactive changes to drug statutes and sentencing guidelines, he claims it would be in the interest of justice for the Court to alter its sentence nunc pro tunc or to recommend that the government take action to achieve "a more just sentence in light of today's law." (Id. at 1). The defendant provides no relevant legal authority for the Court to modify its judgment, which became final years ago, or to direct the government to take action on his behalf.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 170), is **DENIED**.

Signed: July 13, 2016

Robert J. Conrad, Jr.
United States District Judge